UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 3:15-CR-202 |
| v. | : | |
| | : | |
| JAMES E. CARSON, | : | (Judge          ) |
| Defendant | : | |

INDICTMENT

FILED
SCRANTON

SEP 15 2015

PER _____ DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT 1

On or about July 12, 2015, at the United States Penitentiary Canaan ("USP Canaan") in Waymart, Pennsylvania, a place within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under its concurrent jurisdiction, and within the Middle District of Pennsylvania, the defendant,

JAMES E. CARSON,

an inmate at USP Canaan, did intentionally assault another inmate with a dangerous weapon, with intent to do bodily harm.

In violation of Title 18, United States Code, Section 113(a)(3).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about July 12, 2015, at USP Canaan in Waymart, Pennsylvania, a place within the Middle District of Pennsylvania, the defendant,

JAMES E. CARSON,

an inmate at USP Canaan, knowingly possessed a prohibited object, namely, a homemade sharpened piece of metal, commonly referred to as a "shank," that was designed and intended to be used as a weapon.

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

[signature redacted]

PETER J. SMITH
UNITED STATES ATTORNEY

Date: 9-15-2015

2